Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−17239−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Queen E. Suldon
   3046 Mickle Street
   Camden, NJ 08105

Social Security No.:
   xxx−xx−5948

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            June 23, 2020
Time:           10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* − Certification in Opposition to (related document:34 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: re:3046 Mickle Street, Camden, NJ, 08105. Fee Amount $ 181. filed by Creditor BAYVIEW LOAN SERVICING, LLC, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of BAYVIEW LOAN SERVICING, LLC. Objection deadline is 06/1/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BAYVIEW LOAN SERVICING, LLC) filed by Andrew Thomas Archer on behalf of Queen E. Suldon. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: May 29, 2020
JAN: eag

                                                        Jeanne Naughton
                                                        Clerk