Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–17239–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Queen E. Suldon
   3046 Mickle Street
   Camden, NJ 08105

Social Security No.:
   xxx–xx–5948

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                        June 23, 2020
Time:                        10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*35* – Certification in Opposition to (related document:34 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: re:3046 Mickle Street, Camden, NJ, 08105. Fee Amount $ 181. filed by Creditor BAYVIEW LOAN SERVICING, LLC, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of BAYVIEW LOAN SERVICING, LLC. Objection deadline is 06/1/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BAYVIEW LOAN SERVICING, LLC) filed by Andrew Thomas Archer on behalf of Queen E. Suldon. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: May 29, 2020
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-17239-ABA
Queen E. Suldon                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: May 29, 2020
                             Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db              +Queen E. Suldon,   3046 Mickle Street,   Camden, NJ 08105-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Debtor Queen E. Suldon aarcher@spillerarcherlaw.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise C. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6