Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  19−17239−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Queen E. Suldon
    3046 Mickle Street
    Camden, NJ 08105

Social Security No.:
    xxx−xx−5948

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 14, 2021.

Dated: January 14, 2021
JAN: cmf

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Queen E. Suldon  
    Debtor

Case No. 19-17239-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 14, 2021      Form ID: plncf13      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Queen E. Suldon, 3046 Mickle Street, Camden, NJ 08105-2339 |
| 518173382 | + | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 518253882 | + | Bayview Loan Servicing, LLC, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518290772 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518997625 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor Coral Gable, FL 33146-1873 |
| 518997624 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518173388 | + | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 696000, San Antonio, TX 78269-6000 |
| 518298184 | | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518173390 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518173394 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518173395 | + | Jefferson Health, 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 518173398 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518173399 | + | Mattleman, Weinroth & Miller, PC, 401 Route 70 E, Ste 100, Cherry Hill, NJ 08034-2410 |
| 518173400 | + | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2021 21:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2021 21:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518173383 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 14 2021 21:11:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 518308102 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 14 2021 21:11:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 518173384 | + | Email/Text: legal-dept@cooperhealth.edu | Jan 14 2021 21:11:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 518173387 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 14 2021 21:10:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518173389 | + | Email/Text: bknotice@ercbpo.com | Jan 14 2021 21:11:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 518250690 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2021 21:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518173403 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jan 14 2021 22:10:22 | TMobile, PO Box 742596, Cincinnati, OH 45274 |
| 518191632 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 14 2021 22:11:24 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, |

Case 19-17239-ABA    Doc 57    Filed 01/16/21    Entered 01/17/21 00:17:22    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: plncf13 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 518292087 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | Oklahoma City, OK 73118-7901 |
| | | | Jan 14 2021 22:12:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518173404 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jan 14 2021 21:09:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518173385 | *+ | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 518173386 | *+ | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 518173391 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518173392 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518173393 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518173396 | *+ | Jefferson Health, 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 518173397 | *+ | Jefferson Health, 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 518173401 | *+ | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518173402 | *+ | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021                                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Queen E. Suldon aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1     User: admin     Page 3 of 3
Date Rcvd: Jan 14, 2021     Form ID: plncf13     Total Noticed: 26
TOTAL: 6