UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

| | |
|---|---|
| In Re: | Case No.: <u>19-17239</u> |
| | Adversary No.: _____ |
| Queen E. Suldon | |
| | Chapter: <u>13</u> |
| Debtor | Judge: <u>Andrew B. Altenburg Jr.</u> |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:
<u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association</u>
(Example: John Smith, creditor)

        Old address:    Selene Finance LP
                             9990 Richmond Ave. Suite 400
                             Attn: BK Dept
                             Houston, TX 77042

        New address:   (Notices & Payments)
                             Selene Finance LP
                             Attn: BK Dept
                             3501 Olympus Blvd, Suite 500
                             Dallas, TX 75019

        New phone no.:
        (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Dated 6/7/2022                    /s/Harold Kaplan
                                            Signature

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on      June 17, 2022      I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Queen E. Suldon
3046 Mickle Street
Camden, NJ 08105

And via electronic mail to:

Andrew Thomas Archer
Brenner Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Isabelle Rogers