Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−17239−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Queen E. Suldon
   3046 Mickle Street
   Camden, NJ 08105

Social Security No.:
   xxx−xx−5948

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/10/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 10, 2022
JAN: har

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Queen E. Suldon  
    Debtor

Case No. 19-17239-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 10, 2022      Form ID: 148      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Queen E. Suldon, 3046 Mickle Street, Camden, NJ 08105-2339 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 518253882 | + | Bayview Loan Servicing, LLC, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518290772 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518173390 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518173395 | + | Jefferson Health, 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 518173399 | + | Mattleman, Weinroth & Miller, PC, 401 Route 70 E, Ste 100, Cherry Hill, NJ 08034-2410 |
| 518173400 | + | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519327332 | + | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance, LP, PO Box 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-3501 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518173382 | ^ | MEBN | Aug 10 2022 20:39:27 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 518173383 | + | EDI: LCIBAYLN | Aug 11 2022 00:38:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 518308102 | + | EDI: LCIBAYLN | Aug 11 2022 00:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 518997625 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 10 2022 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518997624 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 10 2022 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518173384 | + | Email/Text: legal-dept@cooperhealth.edu | Aug 10 2022 20:44:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 518173387 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 10 2022 20:43:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518173388 | ^ | MEBN | Aug 10 2022 20:40:52 | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 696000, San Antonio, TX 78269-6000 |

Case 19-17239-ABA    Doc 68    Filed 08/12/22    Entered 08/13/22 00:13:45    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: 148 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 518173389 | + | Email/Text: bknotice@ercbpo.com | Aug 10 2022 20:44:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 518298184 | ^ | MEBN | Aug 10 2022 20:40:25 | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518173394 | + | EDI: AMINFOFP.COM | Aug 11 2022 00:38:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518173398 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 10 2022 20:43:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518250690 | + | EDI: JEFFERSONCAP.COM | Aug 11 2022 00:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518173403 | | EDI: AISTMBL.COM | Aug 11 2022 00:38:00 | TMobile, PO Box 742596, Cincinnati, OH 45274 |
| 518191632 | + | EDI: AIS.COM | Aug 11 2022 00:38:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518292087 | + | EDI: AIS.COM | Aug 11 2022 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518173404 | + | EDI: VERIZONCOMB.COM | Aug 11 2022 00:38:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518173385 | *+ | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 518173386 | *+ | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 518173391 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518173392 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518173393 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518173396 | *+ | Jefferson Health, 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 518173397 | *+ | Jefferson Health, 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 518173401 | *+ | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518173402 | *+ | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519327333 | *+ | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance, LP, PO Box 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-3501 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2022        Signature:        /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 10, 2022 | Form ID: 148 | Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Queen E. Suldon aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8